# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

UNITED STATES OF AMERICA,

Plaintiff,

v.

AHMED ABDIRASHID MOHAMED,

Defendant.

**COURT MINUTES - CRIMINAL**

Case No: 25-CR-479 (2) JWB/JFD
Date: October 1, 2026
Court Reporter: Lori Morrow
Courthouse: St. Paul
Courtroom: 7A
Time Commenced: 10:09 a.m.
Time Concluded: 10:46 a.m.
Time in Court: 37 Minutes

Before Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

For Plaintiff: Raymond Beckering, Assistant United States Attorney
For Defendant: Thomas Calhoun-Lopez, Retained

PROCEEDINGS:

☒ **Change of Plea Hearing.**
☒ PLEA:
 ☒ Guilty as to Count 1 of the Indictment.
☒ Presentence Investigation and Report requested.
☒ Defendant's motion to modify conditions of release to allow contact with the codefendant listed in the Indictment is **GRANTED**.
☒ Bond continued with the following modification, allowing contact with the codefendant in the Indictment, referencing Condition 7(g): avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: Codefendant listed in the Indictment.

s/ D. Dodd
Courtroom Deputy